# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GUARANTY RESIDENTIAL LENDING, INC.,
a Nevada corporation and ASSURAFIRST
FINANCIAL COMPANY, a Michigan corporation
d/b/a HOMESTEAD USA and HOMESTEAD
MORTGAGE,

    Plaintiffs, Counter-Defendants,        CASE NO. 04-74842

v.        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

HOMESTEAD MORTGAGE COMPANY,
L.L.C., a Michigan corporation,
CENDANT MORTGAGE CORP. d/b/a
COLDWELL BANKER MORTGAGE,

    Defendant, Counter-Plaintiff,

BOB FITZNER d/b/a HOMESTEAD MORTGAGE
COMPANY, an individual,

    Counter-Plaintiff.
_____/

## ORDER EXTENDING COUNTER-DEFENDANTS' TIME TO FILE REPLY UNTIL MARCH 9, 2007

The Court hereby extends Counter-Defendants' time to file its reply, concerning Counter-Defendants' January 25, 2007 Motion to Dismiss, up to and including March 9, 2007.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: March 2, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 2, 2007.

s/Denise Goodine
Case Manager