# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GUARANTY RESIDENTIAL LENDING, INC.,
a Nevada corporation and ASSURAFIRST
FINANCIAL COMPANY, a Michigan corporation
d/b/a HOMESTEAD USA and HOMESTEAD
MORTGAGE,

    Plaintiffs, Counter-Defendants,      CASE NO. 04-74842

v.      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

HOMESTEAD MORTGAGE COMPANY,
L.L.C., a Michigan corporation,
CENDANT MORTGAGE CORP. d/b/a
COLDWELL BANKER MORTGAGE,

    Defendant, Counter-Plaintiff,

BOB FITZNER d/b/a HOMESTEAD MORTGAGE
COMPANY, an individual,

    Counter-Plaintiff.
_____/

## ORDER SETTING DEADLINE TO FILE OPPOSITION TO PROPOSED APPEARANCE

On March 27, 2007, this Court received via facsimile, a letter from Rodger Young of Young & Susser, PC, relating to appearing as counsel in this case on behalf of Plaintiff/Counter-Defendant AssuraFirst. IT IS HEREBY ORDERED that any opposition to the proposed appearance should be submitted to this Court no later than April 4, 2007 at 12 p.m.

    **SO ORDERED.**

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: March 28, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 28, 2007.

                                                          s/Denise Goodine
                                                          Case Manager