IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUARANTY RESIDENTIAL LENDING, INC.,     Civil Action No. 04-74842
    a Nevada corporation, and     Honorable Paul D. Borman
ASSURAFIRST FINANCIAL COMPANY,
    a Michigan Corporation
    d/b/a HOMESTEAD USA and HOMESTEAD MORTGAGE

    Plaintiffs, Counter-Defendants, Cross-Plaintiffs
v.

HOMESTEAD MORTGAGE COMPANY, L.L.C.,
    a Michigan limited liability company.

    Defendant, Counter-Plaintiff, and

BOB FITZNER d/b/a HOMESTEAD MORTGAGE CO.,
    an Individual

    Counter-Plaintiff, Cross-Defendant
_____/

| DOBRUSIN & THENNISCH, P.C. | HOWARD & HOWARD ATTORNEYS PC |
|---|---|
| Hattem A. Beydoun (P66071) | Jeffrey A. Sadowski (P28163) |
| Jeffrey P. Thennisch (P51499) | Julia K. Sutherland (P68450) |
| Attorneys for Plaintiffs, | Attorneys for Defendant, |
| Counter-Defendants/Cross-Plaintiffs | Counter-Plaintiffs/ Cross-Defendant |
| 29 W. Lawrence Street, Suite 210 | 39400 Woodward Ave., Suite 101 |
| Pontiac, Michigan 48342 | Bloomfield Hills, Michigan 48304-5151 |
| (248) 292-2920 / (248) 292-2910 (Fax) | (248) 645-1483 / (248) 645-1568 (Fax) |

_____/

**ORDER GRANTING VOLUNTARY DISMISSAL UNDER FED.R.CIV.P. 41(a)(1)(i)**

After reviewing Cross-Plaintiffs, Guaranty Residential Lending, Inc. and AssuraFirst Financial Company's, Motion for Voluntary Dismissal of the July 25, 2005 cross-claims filed against Cross-Defendant Bob Fitzner set forth at Docket Entry 38, the Court finds that it is in compliance with Fed.R.Civ.P. 41(a)(1)(i) and the local rules of the United States District Court for the Eastern District of Michigan. Accordingly the Motion is hereby granted and the July 25, 2005 cross-claims against Cross-Defendant Fitzner are hereby dismissed without prejudice.

      IT IS SO ORDERED:

      s/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: May 15, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 15, 2007.

      s/Denise Goodine
      Case Manager