**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GUARANTY RESIDENTIAL LENDING,
INC., a Nevada Corporation, and
ASSURAFIRST FINANCIAL COMPANY,
a Michigan Corporation d/b/a HOMESTEAD
USA and HOMESTEAD MORTGAGE

    Plaintiffs, Counter-Defendants,
    Cross-Plaintiffs

                                            CASE NO. 04-74842

-vs-

                                            PAUL D. BORMAN
HOMESTEAD MORTGAGE COMPANY,    UNITED STATES DISTRICT JUDGE
L.L.C., a Michigan Corporation

    Defendant, Counter-Plaintiff, and

BOB FITZNER d/b/a HOMESTEAD
MORTGAGE CO., an Individual

    Counter-Plaintiff, Cross-Defendant

_____/

**ORDER ALLOWING THE PARTIES TIME TO BRIEF THE ISSUE OF THE**
**APPROPRIATE DATE FOR COMMENCEMENT OF A STAY OF PROCEEDINGS**
**PURSUANT TO THE FINANCIAL INSTITUTIONS REFORM, RECOVERY AND**
**ENFORCEMENT ACT ("FIRREA")**

       The Court grants the parties a period of (seven) 7 days from the date of this Order to submit briefs, not in excess of three (3) pages, on the issue of the appropriate date, either August 21, 2009 (the underlying date of the takeover of Plaintiff Guaranty Residential Lending, Inc. by the Federal Deposit Insurance Corporation ("FDIC")) or September 29, 2009 (the date of this Court's Order staying proceedings), for commencement of a 90-day stay issued under the provisions of FIRREA.

**SO ORDERED.**

        S/Paul D. Borman  
        PAUL D. BORMAN  
        UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 29, 2009.

        S/Denise Goodine  
        Case Manager