# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

GUARANTY RESIDENTIAL LENDING,
INC., a Nevada Corporation, and
ASSURAFIRST FINANCIAL COMPANY,
a Michigan Corporation d/b/a HOMESTEAD
USA and HOMESTEAD MORTGAGE

    Plaintiffs, Counter-Defendants,
    Cross-Plaintiffs

        CASE NO. 04-74842

-vs-

        PAUL D. BORMAN
HOMESTEAD MORTGAGE COMPANY,   UNITED STATES DISTRICT JUDGE
    L.L.C., a Michigan Corporation
    Defendant, Counter-Plaintiff, and

BOB FITZNER d/b/a HOMESTEAD
MORTGAGE CO., an Individual

    Counter-Plaintiff, Cross-Defendant

_____/

## ORDER FOR STAY OF PROCEEDINGS PURSUANT TO THE FINANCIAL INSTITUTIONS REFORM, RECOVERY AND ENFORCEMENT ACT ("FIRREA")

The Federal Deposit Insurance Corporation ("FDIC") has taken over Plaintiff Guaranty Residential Lending, Inc., effective August 21, 2009. Pursuant to the stipulation of the parties at a telephone conference held on September 29, 2009, the Court hereby orders a 90-day stay of proceedings pursuant to the provisions of FIRREA, commencing on August 21, 2009 and expiring on November 19, 2009. This stay is subject to extension upon order of this Court.

**SO ORDERED.**

                                          S/Paul D. Borman  
                                          PAUL D. BORMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 29, 2009.

                                          S/Denise Goodine  
                                          Case Manager