UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUARANTY RESIDENTIAL LENDING,
INC., a Nevada Corporation, and
ASSURAFIRST FINANCIAL COMPANY,
a Michigan Corporation d/b/a HOMESTEAD
USA and HOMESTEAD MORTGAGE

    Plaintiffs, Counter-Defendants,
    Cross-Plaintiffs

CASE NO. 04-74842

-vs-

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

HOMESTEAD MORTGAGE COMPANY,
L.L.C., a Michigan Corporation

    Defendant, Counter-Plaintiff, and

BOB FITZNER d/b/a HOMESTEAD
MORTGAGE CO., an Individual

    Counter-Plaintiff, Cross-Defendant

_____/

ORDER GRANTING MOTION OF THE FEDERAL DEPOSIT INSURANCE
CORPORATION TO SUBSTITUTE AS THE REAL PARTY IN INTEREST FOR
GUARANTY RESIDENTIAL LENDING, INC. PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 25(c)

    This matter comes before the Court on the motion of the Federal Deposit Insurance Corporation, in its capacity as Receiver for Guaranty Bank ("FDIC Receiver"), pursuant to Federal Rule of Civil Procedure 25(c), to substitute itself for Guaranty Residential Lending, Inc. as the real party in interest in this action.[1] The Court hereby GRANTS the motion and substitutes the FDIC

---

[1] On November 29, 2007, Guaranty Residential Lending, Inc. merged into Guaranty Bank, Austin, TX. (FDIC Mot. Dkt. No. 230, Ex. A.) On August 21, 2009, Guaranty Bank was closed by the Office of Thrift Supervision and the FDIC was appointed receiver. (FDIC Mot. Dkt. No. 230, Ex. B.)

Receiver as the real party in interest for Guaranty Residential Lending, Inc. effective September 29, 2009.

**IT IS SO ORDERED.**

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: December 21, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 21, 2009.

S/Denise Goodine
Case Manager