UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for GUARANTY RESIDENTIAL LENDING,
INC., a Nevada Corporation, and
ASSURAFIRST FINANCIAL COMPANY,
a Michigan Corporation d/b/a HOMESTEAD
USA and HOMESTEAD MORTGAGE

    Plaintiffs, Counter-Defendants,
    Cross-Plaintiffs

                                                    Case No. 04-74842

-vs-

                                                    Paul D. Borman
HOMESTEAD MORTGAGE COMPANY,        United States District Judge
L.L.C., a Michigan Corporation

                                                    Mona K. Majzoub
    Defendant, Counter-Plaintiff, and             United States Magistrate Judge

BOB FITZNER d/b/a HOMESTEAD
MORTGAGE CO., an Individual

    Counter-Plaintiff, Cross-Defendant

_____/

OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S MAY 17, 2010
REPORT AND RECOMMENDATION (DKT. NO. 272)

     Before the Court is Magistrate Judge Mona K. Majzoub's May 17, 2010 Report and

Recommendation (Dkt. No. 272) granting in part Plaintiffs/Counter-Defendants' Motion to Enforce

the June 18, 2009 Discovery Order and for Further Sanctions (Dkt. No. 245.)

     Having reviewed that Report and Recommendation, and there being no timely objections

from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the

1

Magistrate Judge's Report and Recommendation and awards Plaintiffs/Counter-Defendants reasonable costs and attorneys' fees in the amount of $9,015.76 to be paid within two weeks of the date of this Order.

IT IS SO ORDERED.

                                         S/Paul D. Borman
                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: October 12, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 12, 2010.

                                         S/Denise Goodine
                                         Case Manager